```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 44422
    JOHN GEORGE ALIMISSIS
    DAWN RENEE ALIMISSIS                      CHAPTER 13

                                              JUDGE: MANUEL BARBOSA

            Debtor
    SSN XXX-XX-1934    SSN XXX-XX-1199
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/02/04 and confirmed on 02/01/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 114932.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME FINANCE | CURRENT MORTG | 78030.00 | .00 | 78030.00 |
| ECAST SETTLEMENT CORP | SECURED | 200.00 | 14.84 | 200.00 |
| HARLEM FURNITURE | SECURED | 200.00 | 14.84 | 200.00 |
| AMERICAN EXPRESS OPTIMA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4505.53 | .00 | 547.09 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14929.68 | .00 | 1812.84 |
| NCM TRUST | UNSECURED | 9013.45 | .00 | 1094.46 |
| ROUNDUP FUNDING LLC | UNSECURED | 12220.25 | .00 | 1483.85 |
| ASSET ACCEPTANCE CORP | UNSECURED | 12115.43 | .00 | 1471.12 |
| CREDIT FIRST NA | UNSECURED | 804.39 | .00 | 97.67 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 2887.34 | .00 | 350.60 |
| WHEATON CLINIC LTD | UNSECURED | 602.68 | .00 | 73.18 |
| CAB SERVICES INC | UNSECURED | 516.42 | .00 | 62.71 |
| ELMHURST ANESTHESIOLOGIS | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 594.84 | .00 | 72.23 |
| FIRST CARE AMBULANCE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 388.41 | .00 | 47.16 |
| JAIN PEDIACTRICS | UNSECURED | NOT FILED | .00 | .00 |
| KANE COUNTY ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 1418.05 | .00 | 172.19 |
| MARSHALL FIELD | UNSECURED | 3545.47 | .00 | 430.51 |
| NORDSTROM FSB | UNSECURED | 3418.14 | .00 | 415.05 |

```
ROUNDUP FUNDING LLC         UNSECURED        2090.58           .00        253.85
ROUNDUP FUNDING LLC         UNSECURED        1493.60           .00        181.36
MARSHALL FIELD              UNSECURED         322.15           .00         39.12
SEARS BKRUPTCY RCVRY MGM    UNSECURED       NOT FILED          .00           .00
ROUNDUP FUNDING LLC         UNSECURED        6781.48           .00        823.44
WEST CENTRAL ANESTHESIOL    UNSECURED       NOT FILED          .00           .00
CHASE HOME FINANCE          MORTGAGE ARRE     150.00           .00        150.00
MITSUBISHI MOTOR CRED OF    SECURED         15875.00        998.00      15875.00
MITSUBISHI MOTOR CRED OF    UNSECURED        8904.77           .00       1081.27
ECAST SETTLEMENT CORP       UNSECURED         709.42           .00         86.14
ASSET ACCEPTANCE CORP       UNSECURED         583.00           .00         70.79
ROUNDUP FUNDING LLC         UNSECURED         467.42           .00         56.76
WORLD FINANCIAL NETWORK     UNSECURED         524.13           .00         63.64
```

Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL

TOTAL CLMS ALLOWED  94455.00          .00     88836.63          .00     183291.63
PRINCIPAL PAID      94455.00          .00     10787.03          .00     105242.03
INTEREST PAID        1027.68          .00          .00          .00       1027.68
TOTAL PAID          95482.68          .00     10787.03          .00     106269.71
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $  2700.00
and was paid $   1000.00   direct and $   1700.00   through the plan.

The Trustee received $   4862.29 .

Refunds to the Debtor totaled $    2100.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/12/08              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE


                            PAGE   2
     CASE NO. 04 B 44422 JOHN GEORGE ALIMISSIS & DAWN RENEE ALIMISSIS